

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:                01-15-00544-CV

Style:                       Terry Neff and Iron Workers Mid-South Pension Fund v.

                             v. Nicholas F. Brady, David J. Butters, William E. Macaulay, Robert B. Millard,

                             Robert K. Moses, Jr., Robert A. Rayne, Bernard J. Duroc-Danner, and Bruce M. Martin

Date motions filed*:         October 5, 2015

Type of motions:             Unopposed Motion for Admission *Pro Hac Vice* of Kevin H. Metz and

                             Unopposed Motion in Support of Kevin H. Metz's Unopposed Motion for Admission *Pro*

                             *Hac Vice*

Party filing motions:        Weatherford International Ltd. and Kevin H. Metz, and

                             Rebecca N. Brandt, Counsel for Weatherford International Ltd.

Document to be filed:

If motion to extend time:
    Original due date:
    Number of previous extensions granted:        Current Due date:
    Date Requested:

Ordered that motion is:

    ☑    **Granted**

        If document is to be filed, document due:

        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed

    ☐    Other: _____

  .

Judge's signature:   /s/ Terry Jennings
              ☑ Acting individually    ☐ Acting for the Court

Panel consists of

Date:  October 15, 2015